■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN TORRES, Appellant. [934 NYS2d 883]—Motion to dismiss granted. Memorandum: The appeal is dismissed as academic, and the matter is remitted to Erie County Court to vacate the judgment of conviction and dismiss the indictment either sua sponte or on application by the District Attorney or the at-

torney who appeared for appellant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Green, Gorski and Martoche, JJ.